# Exhibit B

**From:** CBPFOIA@cbp.dhs.gov
**To:** Karolina Walters
**Subject:** FOIA Fee Waiver Disposition Reached for CBP-2017-018885
**Date:** Monday, August 21, 2017 8:04:22 AM

Your request for Fee Waiver for the FOIA request CBP-2017-018885 has been fully granted. Additional details for this request are as follows:

- Request Created on: 12/23/2016
- Fee Waiver Disposition Reason: N/A
- Request Long Description: Please see attached document.