# Exhibit J



**From:**
**Sent:** Tuesday, November 22, 2016 12:42 PM
**To:**

**Subject:** Update: Mass Migration Plan

Port Directors,

Your port-specific plans have been incorporated into the LFO's *Mass Migration Contingency Plan*. Thank you for the updates and please see attached.

Of note are the incredible increases in inadmissible aliens you've been able to process:

UACs:
- From FY2011 to FY2016 the LFO logged a 1,036% increase in UAC encounters.
- In comparison to the LFO's previous high-water mark year, FY2014, UAC encounters are up 153% in FY2016.
- Over the most recent FY, 2015-2016, the LFO noted an increase of 360%.

ERCF:
- From FY2011 to FY2016 the LFO saw a 1,330% increase in fear claims.
- From FY2014 to FY2016 the LFO experienced a 100% increase.
- During the most recent year, FY2015 to FY2016, the LFO logged an increase of 138%.

Thank you,

Supervisory Program Manager – Border Security
Laredo Field Office

**From:**
**Sent:** Thursday, October 20, 2016 3:29 PM
**To:**
**Cc:**

**Subject:** Action: Mass Migration Plan Update
**Importance:** High



Thank you,

■■■■■■
Supervisory Program Manager – Border Security
Laredo Field Office

■■■■■■

WARNING: This document is designated FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information Act (5USC552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information, and is not to be released to the public or personnel who do not have a valid "need-to-know" without prior approval from U.S. Customs and Border Protection, Office of Field Operations, Laredo Field Office.