# Exhibit L

Office of Field Operations
Admissibility and Passenger Programs
And Operations - Incident Management Division
September 14, 2016

**Action Required:** Information Only

**Time Constraint:** None

**Issue:** San Diego Field Office - Haitian Migration Surge – ERO Delays

**Situation:**
Beginning in February 2016, CBP San Diego Field Office (SDFO) began experiencing a surge of inadmissible Haitian migrants seeking entry into the U.S. To date, 4,876 Haitian inadmissible migrants have been processed at San Ysidro in FY16. █████████████████████

███████████████████████████████████████████

███████████████████████████████ The impact to CBP operations at the Port of San Ysidro, and throughout San Diego, continues to be a strain on current staffing, budget, and all other border processes. The Mexican Immigration Commissioner has advised CBP that there is increasing pressure from local government officials in Tijuana to stop the current staging and metering process. CBP believes that a migrant surge, which will overwhelm current Department capabilities in San Diego, is eminent and immediate.

**Mission:**
The majority of the arriving Haitian nationals are processed under §240 removal proceedings, in lieu of expedited removal under §235 of the INA. ████████████████

██████████████████████████████████ Haitian nationals are arriving at an approximate rate of 50 per day, in addition to increasing numbers of Mexican and Central American family units claiming credible fear from removal. The average volume of encountered individuals result in aliens remaining in CBP custody for ████████ as ICE/ERO is unable to take custody in a timely manner. The situation is further exacerbated by the current construction at the Port of San Ysidro which has substantially limited OFO's operational footprint and short term holding capacity. █████████████████████

██████████████████████████████ However, a DHS unity of effort would be needed to actualize benefits.

**Execution:**

In an effort to expedite the transfer of aliens to ERO custody, CBP San Diego has assumed a large portion of ICE/ERO administrative functions which has added substantially to processing time, but has not yielded any efficiencies for ERO in accepting transfer. The current influx of inadmissible aliens coupled with added administrative functions and decreased operational capacity due to construction has created an untenable situation for which ERO assistance is critical. In response to this influx, U.S. Border Patrol (USBP) is providing SYS POE with temporary holding space for approximately ▋ individuals at the Imperial Beach Border Patrol Station and Chula Vista Border Patrol Station (Barracks Five).

**Administration**:
To address the current needs, SYS POE has undertaken the following to maximize operational output:
1. Temporarily assigned personnel to support increased San Ysidro workload;
2. Utilized USBP Stations to temporarily hold migrants awaiting custodial transfer to ICE/ERO;
3. Converted administrative work space to accommodate increase surge of migrants;
4. Transferred inadmissibility case processing to alternate areas utilizing virtual processing;
5. Increased AEU staffing assignments;
6. Committed outlying ports of entry to augment resources with virtual processing efforts; and,
7. Integrated Haitian Creole speakers throughout the whole of CBP to conduct virtual processing.

**Command**:
We believe a united DHS effort at Imperial Beach Border Patrol Station will allow processing of ▋ Haitians per day. ▋