UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN IMMIGRATION COUNCIL, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-1390 (RDM) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order dated September 6, 2018, the parties report the following status in this Freedom of Information Act case. Defendants are in the process of conducting a search for responsive documents. To date defendants have located approximately 5,000 potentially responsive documents. Defendants have not yet produced these documents to plaintiff.

On September 13, 2018, plaintiff provided defendants with some suggested search terms, which defendants are considering, given that defendants' broad search terms may have located more records than are responsive. The parties will continue to confer as the search progresses.

Defendants currently estimate that they need an additional 30 days to complete their searches. At that point, defendants will know the universe of potentially responsive documents, and may be able to narrow the documents in need of processing after consultation with plaintiff.

///

///

///

///

Accordingly, the parties suggest that they file a further joint status report on or before November 30, 2018.

Respectfully submitted,

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

/s/ Marina Utgoff Braswell
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendants*


/s/ Dimitri D. Portnoi
Dimitri D. Portnoi (Admitted Pro Hac Vice)
Catalina Vergara (Admitted Pro Hac Vice)
Alexander Slavin (Admitted Pro Hac Vice)
Kyle Grossman (Admitted Pro Hac Vice)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-7699
Fax: (213) 430-6407
dportnoi@omm.com
cvergara@omm.com
aslavin@omm.com
kgrossman@omm.com

Meaghan VerGow (D.C. Bar # 977165)
O'MELVENY & MYERS LLP
1625 Eye Street, NW

Washington, DC 20006-4001
Telephone: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Counsel for Plaintiff American Immigration Council*

**ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: October 11, 2018 | DIMITRI D. PORTNOI<br>O'MELVENY & MYERS LLP |
| | By:  */s/ Dimitri D. Portnoi*<br>       Dimitri D. Portnoi |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October 2018, a true and correct copy of the foregoing was served via the Court's electronic filing system on:

Marina Utgoff Braswell
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530
Telephone: (202) 252-2561
marina.braswell@usdoj.gov

*/s/ Dimitri D. Portnoi*
Dimitri D. Portnoi (Admitted Pro Hac Vice)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-7699
Fax: (213) 430-6407
dportnoi@omm.com
